BURNS HOLDING CORPORATION, APPELLANT, v. STATE HIGHWAY COMMISSION OF THE STATE OF NEW JERSEY, RESPONDENT.

Submitted October 31, 1930—Decided February 2, 1931.

For the appellant, *Autenreith, Gannon & Wortendyke*.

For the respondent, *George T. Vickers*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, LLOYD, CASE, DALY, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 11.

*For reversal*—None.